UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:23-cv-00655-FWS-SSC               Date: October 17, 2023

Title   Sandra Kotz v. Jennifer Core, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND/OR COMPLY WITH COURT ORDER**

On April 12, 2023, Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendant Doe, Correctional Officer at California Institution for Women. (ECF 1.)[1] On April 19, 2023, the Court found that Plaintiff was entitled to conduct limited discovery to obtain the name of Defendant Doe. (ECF 5 at 8.)  The Court provided Plaintiff with a completed subpoena duces tecum for her to serve on the California Department of Corrections and Rehabilitation (CDCR) (*id.*; ECF 6) and advised her that after identifying Defendant Doe she could substitute the true name for the Defendant (ECF 5 at 9).  The subpoena required CDCR to comply by May 19, 2023. (ECF 6 at 1.)  On May 4,

---

[1] Plaintiff voluntarily dismissed previously named Defendant Jennifer Core. (ECF 16.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:23-cv-00655-FWS-SSC            Date: October 17, 2023

Title   Sandra Kotz v. Jennifer Core, et al.

2023, the Court reminded Plaintiff to file a request to substitute stating Defendant Doe's true name after she discovered his identity. (ECF 17 at 1–2.)

The Court later was notified that Plaintiff had sought the assistance of the United States Marshal Service in serving the subpoena well after its May 19, 2023, compliance date. Accordingly, on August 23, 2023, the Court issued a new subpoena duces tecum directed to CDCR with a compliance date of September 22, 2023, and ordered the United States Marshal Service to serve the subpoena. (ECF 23 at 2; ECF 23-1.) The Court also extended the deadline for service of the first amended complaint to October 3, 2023. (ECF 23 at 2.) On September 15, 2023, CDCR complied with the subpoena and served Plaintiff with the responsive document by mail at her address of record. (ECF 24.)

The extended deadline of October 3, 2023, for service of the first amended complaint has passed, and Plaintiff has not moved to substitute the true name of Defendant Doe. Plaintiff must identify Defendant Doe and move to substitute the Defendant before the Court can issue a Summons and begin the service process.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, on or before **November 16, 2023**, why this case should not be dismissed for Plaintiff's failure to prosecute and/or comply with a court order due to her failure to file a request to substitute stating the true name of Defendant Doe.

In the alternative, if Plaintiff files a request to substitute stating the true name of Defendant Doe on or before **November 16, 2023**, this order to show cause will automatically be discharged, and Plaintiff need not respond to it separately. Plaintiff may do so by filing a one-page

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:23-cv-00655-FWS-SSC                Date: October 17, 2023

Title         Sandra Kotz v. Jennifer Core, et al.

document titled "Request to Substitute Defendant," which gives the true name of the individual whom Plaintiff would like to name in the place of Defendant Doe.

The Clerk is directed to include with this order a copy of ECF 24 to ensure that Plaintiff has received the discovery response from CDCR and is able to provide a true name for Defendant Doe.

Should Plaintiff wish to add more than one defendant in the place of the single Defendant Doe, she may include in her Request to Substitute Defendant a request to amend the first amended complaint to add an additional defendant pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, and include a copy of the first amended complaint.

To allow Plaintiff an opportunity to comply with this order, IT IS FURTHER ORDERED that the Court sua sponte finds good cause to extend the deadline for service of the first amended complaint to **November 27, 2023**. **Plaintiff is cautioned that absent good cause the Court will not grant any additional extensions of the service deadline.**

**Plaintiff is further cautioned that failure timely to file a request to substitute naming the true name of Defendant Doe will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

:

Initials of Preparer     **ts**