UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KOTZ,<br><br>      Plaintiff,<br><br>  v.<br><br>JENNIFER CORE, et al.,<br><br>      Defendants. | Case No. 5:23-cv-00655-FWS-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636 the Court has reviewed all of the records herein and the Report and Recommendation of United States Magistrate Judge to which no objections were filed. The Court accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

///

///

///

1     IT IS ORDERED that Defendant's motion to dismiss (ECF 67) is
2 GRANTED and Plaintiff's Eighth Amendment claim is dismissed from
3 this action with prejudice.  IT IS FURTHER ORDERED that Defendant
4 shall file an answer or motion to dismiss as to Plaintiff's Fourteenth
5 Amendment claim on or before May 16, 2025.

7     **IT IS SO ORDERED**.

9  Dated: April 16, 2025

                        Hon. Fred W. Slaughter
                        UNITED STATES DISTRICT JUDGE